IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:18-CR-78 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TYSON VERNON MILLER, | |
| Defendant. | |

This matter is before the Court on the United States of America's Motion for Dismissal of Petition for Offender Under Supervision. Filing 75. The United States seeks dismissal without prejudice of both the Petition for Warrant or Summons for Offender Under Supervision (Filing 45). Accordingly, the Court grants the motion.

IT IS ORDERED:

1. The United States of America's Motion to Dismiss (Filing 75) is granted; and

2. The Petition for Warrant or Summons for Offender Under Supervision (Filing 45) is dismissed without prejudice.

Dated this 2nd day of June, 2021.

BY THE COURT:

Brian C. Buescher
United States District Judge